IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                          Case No. 4:11-cr-40037-12

DONTE WILLIAMS                                                          PETITIONER

## ORDER

On March 5, 2019, Petitioner Donte Williams filed a Motion to Reduce Sentence pursuant to Section 404 of the First Step Act of 2018 (the "First Step Act motion"). (ECF No. 2037). On March 6, 2019, the Court appointed the Federal Public Defender to represent Petitioner with respect to the First Step Act motion. (ECF No. 2038). On August 16, 2019, Petitioner filed a motion requesting leave to withdraw his First Step Act motion. (ECF No. 2080). Petitioner's counsel states that Petitioner is not eligible for a sentence reduction under the First Step Act of 2018 and, accordingly, asks that the Court withdraw the First Step Act motion.[1]

Upon consideration, the Court finds that good cause has been shown for the instant motion. Accordingly, the Court finds that the instant motion (ECF No. 2080) should be and hereby is **GRANTED**. Petitioner's Motion to Reduce Sentence (ECF No. 2037) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 27th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Specifically, the instant motion requests leave to withdraw "the portion of [the First Step Act] motion requesting a sentence reduction under . . . the First Step Act of 2018." (ECF No. 2080, p. 2). However, a review of Petitioner's motion reveals that it requests: (1) a sentence reduction pursuant to the First Step Act of 2018 and (2) appointment of counsel to aid him in that regard. The Court previously appointed counsel to assist Petitioner with his First Step Act motion, so that portion of the First Step Act motion is no longer at issue. The instant motion, if granted, would necessarily withdraw the remainder of Petitioner's First Step Act motion.